AO 199A (Rev. 12/11- EDCA (Fresno Version 01/10)) Order Setting Cond. of Release- Misd.

Case 6:25-mj-00005-HBK    Document 5    Filed 02/19/25    Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

**FILED**

FEB 19 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
DEPUTY CLERK

UNITED STATES OF AMERICA,

v.

ZACHARY BOEWER

Case No. 6:25-MJ-00005-HBK

## ORDER SETTING CONDITIONS OF RELEASE (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the excessive use of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address;

(5) The defendant must appear at: The Yosemite Federal Courthouse
9004 Castle Cliff Court, Yosemite, CA 95389
*Place*
on March 04, 2025 at 10:00 AM
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 2 19 25

*Defendant's signature*

Date: 2/19/25

*Judicial Officer's Signature*

Stanley A. Boone, United States Magistrate Judge
*Printed name and title*