KIMBERLY A. SANCHEZ
Acting United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 6:25-CR-00001-JLT-HBK |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ZACHARY CALEB BOEWER, | DATE: August 6, 2025 |
| Defendant. | TIME: 3:00 p.m.<br>COURT: Hon. Helena M. Barch-Kuchta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 6, 2025.

2. By this stipulation, defendant now moves to continue the status conference until September 9, 2025, and to exclude time between August 6, 2025, and September 9, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, audio recordings, and forensic data. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The government also has made supplemental discovery productions.

      b)      The government has been able to make contact with a victim in this case and has produced additional discovery relating to her to the counsel for the defendant.

      c)      Counsel for defendant desires additional time to review supplemental discovery and discuss potential resolutions with her client. The parties are engaged in plea negotiations. The government has also provided an updated plea offer to the defendant.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation and case resolution, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 6, 2025 to September 9, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 30, 2025                                KIMBERLY A. SANCHEZ
                                                            Acting United States Attorney

                                                            /s/ CALVIN LEE
                                                           CALVIN LEE
                                                           Assistant United States Attorney

1  Dated: July 30, 2025                    /s/ Lisa Lumeya
2                                          Lisa Lumeya
                                           Counsel for Defendant
3                                          Zachary Caleb Boewer

**ORDER**

IT IS SO FOUND the parties' Stipulation (Doc. No. 17) is GRANTED. The status conference is CONTINUED to **September 10, 2025** at 10:00 a.m. and set before undersigned in courtroom 2. For the reasons stated above, time is excluded through September 10, 2025 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:   August 5, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE