ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:25-CR-00001-JLT-HBK |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ZACHARY CALEB BOEWER, | DATE: April 28, 2026 |
| Defendant. | TIME: 8:30 a.m. |
| | COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on April 28, 2026.

2. By this stipulation, defendant now moves to continue the trial date until August 4, 2026, and to exclude time between April 28, 2026, and August 4, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports, photographs, audio recordings, and forensic data. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The government also has made supplemental discovery productions.

b) The government has been able to make contact with a victim in this case and has

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

produced additional discovery relating to her to the counsel for the defendant.

    c)    The parties are engaged in plea negotiations that may resolve the case before trial. The government has also provided an updated plea offer to the defendant.

    d)    Counsel for the government has a felony trial scheduled to start on April 21, 2026, before this Court.  Defense counsel has misdemeanor bench trials set for May 4, May 18, June 1, and June 29.

    e)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation and case resolution, taking into account the exercise of due diligence.

    f)    The government does not object to the continuance.

    g)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 28, 2026 to August 4, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 25, 2026

ERIC GRANT
Acting United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

Dated:  March 25, 2026

/s/ Lisa N. Lumeya
Lisa N. Lumeya
Counsel for Defendant
Zachary Caleb Boewer

## ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3