HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN #90017392
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Counsel for Defendant
ZACHARY BOEWER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ZACHARY BOEWER,<br>Defendant. | Case No. 6:25-cr-00001-JLT<br>**STIPULATION TO VACATE TRIAL AND REQUEST TO SET INITIAL APPEARANCE ON SUPERSEDING INFORMATION; ORDER**<br>Date: August 4, 2026<br>Judge: Hon. Jennifer L. Thurston |

Plaintiff United States of America, by and through counsel Calvin Lee, and Defendant Zachary Boewer, by and through counsel, Assistant Federal Defender Lisa N. Lumeya, hereby request that the Court vacate the trial scheduled for August 4, 2026, and reset the matter for an initial appearance before the Honorable Helena Barch-Kuchta on the September 8, 2026 criminal calendar at 10:00 a.m. in Yosemite National Park. The parties hereby stipulate as follows:

1. By previous order, this matter was st for trial on August 4, 2026.
2. The government filed a superseding information on July 28, 2026, reducing the charges to two class B misdemeanor charges. Mr. Boewer has not yet been arraigned on the superseding information.

3. In light of the Class B misdemeanor charges, the parties request that this matter be set for an initial appearance before the Honorable Helena Barch-Kuchta on the criminal calendar in Yosemite National Park.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 3, 2026

*/s/ Lisa Ndembu Lumeya*
LISA N. LUMEYA
Assistant Federal Defender
Attorney for Defendant
ZACHARY BOEWER

Date: August 3, 2026

ERIC GRANT
United States Attorney

*/s/ Calvin Lee*
CALVIN LEE
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

Upon the parties' stipulation and for good cause shown, Mr. Boewer's trial scheduled on August 4, 2026, is hereby vacated and an initial appearance on the superseding information is reset before the Honorable Helena Barch-Kuchta.

IT IS SO ORDERED.

Dated: August 4, 2026

UNITED STATES DISTRICT JUDGE